PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| REBECCAH LEWIS, | ) |
| | ) CASE NO. 1:23-CV-02252 |
| Petitioner, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| STATE OF OHIO, *et al.*, | ) |
| | ) **ORDER OF DISMISSAL** |
| Respondents. | ) |

The Court, having filed its Memorandum of Opinion and Order, hereby adopts the Amended Report & Recommendation, grants Respondents Motion to Dismiss, denies the Petition under 28 U.S.C. § 2254, and dismisses with prejudice.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. §2253(c); Fed. R. App. P. 22(b).

IT IS SO ORDERED.

| | |
|---|---|
| March 28, 2025 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |